UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

STEPHEN HARNEY,

    Plaintiff,

       v.                      CASE NO. 14-cv-24025

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

STEPHEN HARNEY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, GC SERVICES LIMITED PARTNERSHIP (Defendant), in this case.

                          RESPECTFULLY SUBMITTED,

                          By: /s/ Shireen Hormozdi
                              Shireen Hormozdi, Esq.
                              FBN: 882461
                              KROHN & MOSS, LTD.
                              10474 Santa Monica Blvd, Suite 405
                              Los Angeles, CA 90025
                              T: (323) 988-2400 ext. 230
                              F: (866) 861-1390
                              shormozdi@consumerlawcenter.com
                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2014, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff