## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 14-Civ-24025-COOKE/TORRES

STEPHEN HARNEY,

      Plaintiff,

vs.

GC SERVICES LIMITED PARTNERSHIP,

      Defendant.

_____/

### ORDER OF DISMISSAL

      THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal, ECF No. 9. Each party shall bear his or its own costs and attorney's fees.

      The Clerk is directed to **CLOSE** this matter. All pending motions, if any, are **DENIED** *as moot*.

      **DONE and ORDERED** in chambers, at Miami, Florida, this 22ND day of December 2014.

*Marcia G. Cooke*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*